**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Calvin Robinson
                        Plaintiff,

v.                                               Case No.: 1:20−cv−02928
                                                              Honorable Virginia M. Kendall

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties have accepted the judicial recommendation, and a settlement in principle has been reached pending approval by the municipal body. The parties shall file a joint status report on settlement by 9/5/25. Mailed notice(tg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.