IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-2928 |
| | ) |
| CITY OF CHICAGO, Former CHICAGO | ) Honorable Judge Virginia M. Kendall |
| POLICE SERGEANT RONALD WATTS, | ) |
| SERGEANT ALVIN JONES, Former | ) |
| CHICAGO POLICE OFFICER KALLATT | ) |
| MOHAMMED, OFFICER ELSWORTH | ) |
| SMITH, JR., OFFICER LAMONICA LEWIS, | ) |
| PHILIP J. CLINE, DEBRA KIRBY, KAREN | ) |
| ROWAN, and as-yet-unidentified officers of the | ) |
| Chicago Police Department, | ) |
| | ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Calvin Robinson, by his attorneys, Loevy & Loevy; Defendant City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago; Defendants Philip Cline, Debra Kirby, and Karen Rowan, by their attorneys, Burns Noland LLP, Special Assistant Corporation Counsel; Defendant Ronald Watts, by his attorneys, Johnson & Bell, Ltd., Special Assistant Corporation Counsel; Defendant Kallatt Mohammed, by his attorneys, Mohan Groble Scolaro, P.C., Special Assistant Corporation Counsel; Defendants Alvin Jones, Lamonica Lewis, and Elsworth Smith, Jr., by their attorneys, Hale & Monico, LLC, Special Assistant Corporation Counsel; and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All the claims of Plaintiff Calvin Robinson against Defendants City of Chicago, Philip Cline, Debra Kirby, Karen Rowan, Ronald Watts, Kallatt Mohammed, Alvin Jones, Lamonica Lewis, and Elsworth Smith, Jr., including all claims against unknown, unidentified, and/or unserved officers and agents of the Chicago Police Department, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice on June 15, 2026, unless a party has moved to extend that date prior to June 15, 2026. Each side shall bear its own costs and attorneys' fees.

All other court-ordered dates and deadlines are vacated.

ENTER: _____
HONORABLE VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE

Date: 11/13/2025

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Attorneys for Defendant City of Chicago
Special Assistant Corporation Counsel
Burns Noland LLP
311 S. Wacker Drive, Suite 5200
Chicago, Illinois 60606
(312) 982-0090